**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1592**

———————

ROSA MCLEAN BOURGER,

Plaintiff - Appellant,

versus

EATON CORPORATION,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-98-266-1-T)

———————

Submitted: September 21, 2000    Decided: September 27, 2000

———————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Rosa McLean Bourger, Appellant Pro Se. John James Doyle, Jr., Jill Stricklin Cox, CONSTANGY, BROOKS & SMITH, Winston-Salem, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Rosa McLean Bourger appeals the district court's order granting summary judgment to Defendant in her employment discrimination suit. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Bourger v. Eaton Corp., No. CA-98-266-1-T (W.D.N.C. Apr. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2